

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

Thomas G. Bruton                                                                                312-435-5670
Clerk

Date: 6/18/2024

United States District Court for the District of Minnesota

Re:   Marek et al v. ASR Group International, Inc. et al

USDC Case Number:     24cv3216

MDL Number:   3110

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 6/18/2024:

☒ Was electronically transmitted to: United States District Court for the District of Minnesota

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

Sincerely.
Thomas G. Bruton, Clerk

By:     /s/   J. Hollimon
        Deputy Clerk

Enclosures

**New Case No. _____**                    **Date _____**

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016